UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOLDEN FLENER and ) | |
| STANFORD FLENER, ) | |
| ) | |
| Plaintiffs ) | |
| ) | No. 3:11-1219 |
| v. ) | Magistrate Judge Brown |
| ) | **Jury Demand** |
| NYSTAR CLARKSVILLE, INC., ) | |
| ) | |
| Defendants ) | |

### **O R D E R**

A telephone conference was held with the parties in this matter on June 18, 2012. The parties are presently scheduled to participate in mediation with Mr. Shaw on July 25, 2012. At the present time the parties did not believe there was any need to change the present scheduling order. They advised there might be one discovery issue concerning obtaining records from the Plaintiffs' employer. If at all possible, the Magistrate Judge would request that the parties schedule a telephone conference about any discovery issue before filing any motions to compel or to quash.

Likewise, if the parties can submit an agreed order on any deadlines, they may do so. If they are unable to agree on a change to the scheduling order, they should contact the Magistrate Judge's courtroom deputy to schedule a telephone conference about the matter.

At the present time the Magistrate Judge has the matter on his calendar for trial and will be able to try the case on **February 19, 2013,** as scheduled.

It is so **ORDERED.**

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge