```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

HOLDEN FLENER and            )
STANFORD FLENER,             )
                             )
    Plaintiffs           )
                             )           No. 3:11-1219
v.                           )           Magistrate Judge Brown
                             )           **Jury Demand**
NYSTAR CLARKSVILLE, INC.,    )
                             )
    Defendants           )

## O R D E R

The Court has been advised that the parties have reached a settlement in this matter. The parties are requested to file appropriate pleadings dismissing this case with prejudice within **30 days**.

It is so **ORDERED**.

                                                    /s/   Joe B. Brown
                                                  JOE B. BROWN
                                                  United States Magistrate Judge