UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOLDEN FLENER and STANFORD FLENER, ) ) | |
| Plaintiffs ) ) | |
| v. ) ) | No. 3:11-1219 Magistrate Judge Brown **Jury Demand** |
| NYSTAR CLARKSVILLE, INC., ) ) | |
| Defendants ) | |

### **O R D E R**

The Court has been advised that the parties have reached a settlement in this matter. The parties are requested to file appropriate pleadings dismissing this case with prejudice within **30 days**.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge