IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOLDEN FLENER and STANFORD FLENER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| NYRSTAR CLARKSVILLE, INC., | ) ) |
| Defendant. | ) ) |

No. 3:11-1219
Magistrate Judge Brown

## AGREED STIPULATION OF COMPROMISE AND DISMISSAL

Pursuant to Rule 41 (a) (2), Fed. R. Civ. P. the parties submit this agreed stipulation of compromise and dismissal. In so doing, the parties state that they have previously consented to the jurisdiction of the Magistrate Judge (Docket Entries # 11, # 19). As evidenced by the signature of counsel affixed hereto below, the parties state that all parties to this action conducted a voluntary mediation on July 25, 2012 and were able to resolve all differences between the parties at said mediation (Docket Entry # 25). Accordingly, all matters having been settled, and at the request of the parties, the parties stipulate that it is appropriate for Plaintiffs,' Holden Flener and Stanford Flener's, Complaint and any amendments thereto, to be dismissed with prejudice against Defendant, Nyrstar Clarksville, Inc. Similarly, the intervening Plaintiff, CNA Insurance Company, has also resolved its intervening complaint and the subrogation claim of CNA (Docket Entry # 20). Any indemnification claim against Nyrstar Clarksville, Inc. by CNA arising from this accident, and CNA's workers compensation subrogation lien claim against any recovery by either Plaintiff arising out of the accident described in the Complaint shall also dismissed with prejudice.

All claims having been resolved, the parties stipulate that this case is dismissed in its entirety.

APPROVED AND AGREED FOR ENTRY:

 /s/ *William S. Walton*
WILLIAM S. WALTON, #11177
Butler, Snow, O'Mara, Stevens
 & Cannada PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
(615) 503-9117
*Attorneys for Nyrstar Clarksville, Inc.*

/*s/ Mike Lawson by WSW with permission via email*
C. MIKE LAWSON, #4715
3200 West End Avenue
Suite 500
Nashville 37203
 (615) 226-2277
*Attorney for Plaintiffs*

/s/ *Jesse L. Riley by WSW with permission (via MLawson/telephone conference)*
JESSE L. RILEY, JR.
207 Lynnwood Drive
Russellville, KY 42276
(270) 726-0033
*Attorney for Plaintiffs*

*D. Andrew Saulters by WSW with permission via email*
D. ANDREW SAULTERS, #20275
Ortale, Kelley, Herbert & Crawford
200 Fourth Avenue North, Third Floor
PO Box 198985
Nashville, TN 37219-8985
(615) 256-9999
*Attorney for CNA Insurance Companies*

ORDER
Motion Granted
/S/ Joe B. Brown
JOE B. BROWN
Magistrate Judge

Stipulation of Dismissal Approved and this case is dismissed in its entirety